# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BALLY'S LAS VEGAS MANAGER, LLC, <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS, ET AL., <br><br>　　　　　　　Defendants. | Case No. 2:20-cv-00475-APG-DJA <br><br>**SPECIAL SCHEDULING ORDER CONCERNING REVIEW OF ARBITRATION AWARD** |

　　　　This case involves judicial review of an arbitration award, which requires the Court to enter a scheduling order pursuant to Local Rule 16-1(c)(8) establishing a briefing schedule. These case rarely, if ever, require proceedings in the nature of a trial. Instead, these cases are usually resolved by cross-motions for summary judgment to vacate or affirm the arbitration award. The motions for summary judgment should include a complete summary of all evidence adduced at the arbitration hearing including testimony and exhibits and evidence in the record that supports the party's claim(s). They must also contain points and authorities dealing with the specific legal issues involved in this case, rather than principals of law applicable to arbitration awards in general. Oral argument will be deemed waived and the case will stand submitted unless the Court orders otherwise.

　　　　Accordingly,

　　　　IT IS THEREFORE ORDERED that within 30 days of this Order, Plaintiff must file a motion for summary judgment.

　　　　IT IS FURTHER ORDERED that Defendants' cross-motion for summary judgment and response must be filed within 30 days of service of the motion.

IT IS FURTHER ORDERED that if Defendants file points and authorities in opposition, Plaintiff has twenty days from the date of service of such points and authorities to file a reply.

DATED: June 10, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE