**FISHER & PHILLIPS LLP**
MARK J. RICCIARDI, ESQ.
Nevada Bar No. 3141
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
mricciardi@fisherphillips.com
ddornak@fisherphillips.com
bbradford@fisherphillips.com
*Attorneys for Plaintiff/Counterdefendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BALLY'S LAS VEGAS MANAGER, LLC on behalf of PARBALL NEWCO, LLC d/b/a BALLY'S LAS VEGAS,<br><br>            Plaintiff,<br><br>v.<br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS and BARTENDERS UNION, LOCAL NO. 165,<br><br>            Defendants.<br><br>LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS and BARTENDERS UNION, LOCAL NO. 165,<br><br>            Counterclaimants,<br><br>vs.<br><br>BALLY'S LAS VEGAS MANAGER, LLC on behalf of PARBALL NEWCO, LLC d/b/a BALLY'S LAS VEGAS<br><br>            Counterdefendant. | Case No.  2:20-cv-00475-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME REGARDING SPECIAL SCHEDULING ORDER CONCERNING REVIEW OF ARBITRATION AWARD (ECF NO. 14)**<br><br>**(First Request)** |

Plaintiff/Counterdefendant Bally's Las Vegas Manager, LLC on behalf of Parball Newco, LLC d/b/a Bally's Las Vegas ("Bally's" or "Plaintiff") and Defendants/Counterclaimants Local Joint Executive Board of Las Vegas ("Joint Board") and Bartenders Union, Local 165's ("Local 165"), by and through their respective counsel, hereby submit this Stipulation, Request and Proposed Order for Extension of Time for the Special Scheduling Order Concerning Review of Arbitration Award (ECF No. 14) pursuant to LR 7-1.  That Order provided, in relevant part:

- "within 30 days of this Order [by July 10, 2020], Plaintiff must file a motion for summary judgment."
- "Defendants' cross-motion for summary judgment and response must be filed within 30 days of service of the motion [or by August 10, 2020 due to August 9 being on a Sunday]."
- "if Defendants file points and authorities in opposition, Plaintiff has twenty days [to August 31, 2020, due to August 29 being on a Saturday] from the date of service of such points and authorities to file a reply."

*See* ECF No. 14 (parentheticals added).

The Parties jointly request the scheduling order to be revised as follows:

- Bally's shall file its Motion for Summary Judgment no later than **Friday, July 24, 2020.**
- Local 165 shall file its cross-motion for summary judgment and response no later than **Monday, August 24, 2020**.
- Bally's shall file its Reply no later than **Monday, September 14, 2020**.

The proposed modification in schedule is necessary because Bally's counsel will require additional time to finalize its Motion for Summary Judgment due to an upcoming arbitration hearing on July 16, 2020.  The additional time will allow Bally's counsel to complete preparation for and participation in the upcoming arbitration, and thereafter finalize the points and authorities in support of the motion.

/ / /

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

This stipulation is therefore brought in good faith and not for the improper purposes such as delay or harassing of parties.

**IT IS SO STIPULATED.**

DATED this 8th day of July, 2020.

**FISHER & PHILLIPS LLP**

By: */s/ Brian L. Bradford*
Mark J. Ricciardi, Esq.
David B. Dornak, Esq.
Brian L. Bradford, Esq.
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Tel: (702) 252-3131
*Attorneys for*
*Plaintiff/Counterdefendant*

DATED this 8th day of July, 2020.

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**

By:    /s/ Sarah Grossman-Swenson
Sarah Grossman-Swenson, #11979
Sarah O. Varela, #12886
1630 Commerce Street
Suite A-1
Las Vegas, Nevada 89102
Tel: (702) 386-5107
*Attorneys for*
*Defendants/Counterclaimants*

**IT IS SO ORDERED**

this   17th   day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE